BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 977-8873
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| PATRICIA AYALA,<br>    Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 1:12-cv-00433-BAM<br><br>STIPULATION AND ORDER FOR REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence six.

    Meaningful review of this case is not possible because significant portions of the recording of the hearing held on July 19, 2010 are inaudible. In addition, the ALJ referred to an exhibit that contained information not pertaining to Plaintiff. On remand, the Appeals Council will remand the case to an Administrative Law Judge for a de novo hearing and to obtain or reconstruct any missing evidence. The Administrative Law Judge will also remove the exhibit that does not pertain to Plaintiff.

Respectfully submitted August 6, 2012.

                                    Respectfully submitted,

Dated: August 3, 2012         */s/ Young Cho*
                                    (As authorized via email)
                                    YOUNG CHO
                                    Attorney for Plaintiff


                                    BENJAMIN B. WAGNER
                                    United States Attorney

Date: August 6, 2012          By *s/ Daniel P. Talbert*
                                    DANIEL P. TALBERT
                                    Special Assistant U. S. Attorney

                                    Attorneys for Defendant Michael J. Astrue


## **ORDER**

Pursuant to the Stipulation of the parties (Doc. 13), it is hereby ORDERED this action be remanded to the Commissioner of Social Security for further administrative action consistent with the above Stipulation.

IT IS SO ORDERED.

**Dated:  August 6, 2012**                    /s/ **Barbara A. McAuliffe**
                                                  UNITED STATES MAGISTRATE JUDGE